IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HARDT<br><br>      Plaintiff<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY<br><br>      Defendant | U.S.D.C. Civil Action No.<br><br>Removal from Commonwealth of<br>Mass. Sup. Ct. Plymouth<br>Civ. No. PLCV2003-01391-B<br><br>**04-10012 NG**<br><br>MAGISTRATE JUDGE _____ |

## NOTICE OF REMOVAL

Defendant, Hartford Life and Accident Insurance Company ("Hartford") hereby files this Notice of Removal of the above-captioned action to the United States District Court for the District of Massachusetts from the Superior Court Department of the Commonwealth of Massachusetts, Plymouth Division (Civ. No. PLCV2003-01391-B) where the action is now pending as provided by 28 U.S.C. s. 1446, and state:

1.  Plaintiff commenced this action in the Superior Court of the Commonwealth of Massachusetts to recover damages in excess of $75,000 against Hartford. The complaint and process was served on Hartford on December 10, 2003.

2.  The action is a civil action based on Massachusetts contract law of which this court has original jurisdiction under 28 U.S.C. s. 1332, and is one which may be removed to this Court

1

by Hartford pursuant to 28 U.S.C. s. 1441, in that it is a civil action in which the matter in controversy exceeds $75,000 exclusive of interest and costs between citizens of different states.

3. At the time of the commencement of this action in state court, the plaintiff was, and still is, a citizen of the Commonwealth of Massachusetts. The defendant, Hartford, was, and still is, a corporation, incorporated and existing under and by virtue of the laws of the State of Connecticut having a principal place of business in the State of Connecticut. Hartford is not a citizen of Massachusetts.

4. Copies of all process, pleadings, and orders served upon Hartford are filed with this notice.

5. Hartford will give written notice of the filing of this notice as required by 28 U.S.C. s. 1446(d).

6. A copy of this notice will be filed with the clerk of the state court as required by 28 U.S.C. s. 1446(d).

WHEREFORE, Hartford requests that this action proceed in this Court as an action properly removed to it.

                      Hartford Life and Accident
                      Insurance Company

                      By its Attorney,

                      */s/ David B. Crevier*
                      David B. Crevier
                      Crevier & Ryan LLP
                      1500 Main Street, Suite 2020
                      Springfield, MA 01115-5532
                      (413) 787-2400
                      Fax (413) 781-8235
                      BBO # 557242

### CERTIFICATE OF SERVICE

I, David B. Crevier, hereby certify that I have served a copy of the foregoing on the plaintiff by mailing a copy, by first class mail, postage prepaid, to the address of his attorney of record, this _5_ day of _January_, 2004.

                      */s/ David B. Crevier*
                      David B. Crevier