IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HARDT<br><br>Plaintiff<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. CV10012NG |

## ANSWER

The Defendant, Hartford Life and Accident Insurance Company ("Hartford"), hereby answers the allegations in Plaintiff's complaint, as follows:

1. With respect to Paragraph 1, Hartford admits that Plaintiff is a natural person, but lacks information sufficient to admit or deny whether Plaintiff currently resides in Carver, Massachusetts.

2. Hartford admits the allegations in Paragraph 2.

3. With respect to Paragraph 2, Hartford admits that Plaintiff was insured under the Commonwealth of Massachusetts Long-Term Disability Plan ("Plan") through April 30, 2003 at which time his insurance ceased. Hartford denies that it issued the Plan.

4. Hartford denies the allegations in Paragraph 4.

5. Hartford admits that it terminated making Plan benefit payments to Plaintiff, but denies the remaining allegations in Paragraph 5.

6. Hartford lacks information sufficient to admit or deny the allegations in Paragraph 6.

7. Hartford lacks information sufficient to admit or deny the allegations in Paragraph 7.

8. Hartford denies the allegations in Paragraph 8.

9. Hartford admits the allegations in Paragraph 9.

10. Hartford denies the allegations in Paragraph 10.

## AFFIRMATIVE DEFENSES

1. All benefit payments under the Plan are subject to offset provisions under the Plan.

**The Defendant,
Hartford Life & Accident Insurance Company
By Its Attorney:**

_____
David B. Crevier  (BBO # 557242)
CREVIER & RYAN, LLP
1500 Main Street, Suite 2020
Springfield, Mass.  01115-5532
(413) 787-2400
(413) 781-8235 *facsimile*

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record, said service having taken place this 7th day of January, 2004.

_____
David B. Crevier