COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss                                    SUPERIOR COURT DEPARTMENT
                                                CIVIL ACTION NO. PLCV2003 – 01391-B

                                                04 cv 10012 NG

DAVID HARDT,
     *Plaintiff*

vs.

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY,
     *Defendant*

## NOTICE OF FILING CERTIFIED COPIES OF STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81.1

Petitioner-defendant, Hartford Life & Accident Insurance Company, hereby files, pursuant to Local Rule 81.1(A), the attached certified or attested copies of all records and proceedings in the state court and attached certified or attested copies of all docket entries therein.

                                            _____
                                            David B. Crevier  (BBO # 557242)
                                            CREVIER & RYAN, LLP
                                            1500 Main Street, Suite 2020
                                            Springfield, Mass. 01115-5532
                                            (413) 787-2400
                                            (413) 781-8235 *facsimile*

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record, said service having taken place this 23rd day of January, 2004.

                                            _____
                                            David B. Crevier