# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

DAVID HARDT,

    Plaintiff,

v.

HARTFORD LIFE AND
ACCIDENT INS.CO.,

    Defendant.

CA. NO. 04-10012-NG

## NOTICE
February 4, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **11:00 a.m., Tuesday, March 9, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

/s/
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**