# TESTA, HURWITZ & THIBEAULT, LLP

ATTORNEYS AT LAW

125 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2704

OFFICE (617) 248-7000

Direct Dial (617) 310-8313

FAX (617) 248-7100

E-Mail meunier@tht.com

March 5, 2004

**Via Facsimile (617) 204-5846**

Dianalynn Saccoccio
Clerk's Office
One Courthouse Way
Boston, MA 02210

RE: TranSwitch Corporation v. Galazar Networks, Inc.
U.S.D.C. Mass. Civil Action No. 03 10228 NG

Dear Ms. Saccoccio:

This confirms that plaintiff TranSwitch's counsel is unavailable for the March 18, 2004 hearing date set in the Magistrate's February 6, 2004 Order, and, therefore, requests that the hearing be rescheduled. Both TranSwitch's and Galazar's counsel are available on March 29, 2004, at 2:30 p.m., the alternate hearing date that you suggested.

Sincerely,

William A. Meunier

cc: U. Gwyn Williams, Esq. (Via Facsimile)
Russell Genet, Esq. (Via Facsimile)

3032986

**C**<sub>T</sub>

CASEY AND THOMPSON, P.C.
Attorneys at Law

Bruce E. Thompson
Edward J. Casey
John D. Casey
Jennifer Smith Miguel
Donna L. Dumas

bethompson@caseyandthompson.com

March 4, 2004

**FEDERAL EXPRESS #834034736042**

U.S. District Court
District of Massachusetts
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Attention: Ms. Dianalynn Saccoccio

    Re:    David Hardt vs. Hartford Life
             United States District Court
             Civil Action No.: 04-10012-NG

Dear Ms. Saccoccio:

    Please allow this letter to confirm my previous telephone messages to you indicating the need to reschedule the March 9, 2004 (11:00 AM) Status Conference scheduled before Magistrate Judge Bowler. I presently am scheduled to start a civil trial in the New Bedford District Court at 9:00 AM on that date.

    I have conferred with opposing counsel and would offer the following dates as those mutually convenient to counsel:

    a.    March 24 or 25, 2004;
    b.    April 1, 2004;
    c.    April 5, 2004; and
    d.    April 9, 2004.

    Attorney Glockner would appreciate it if the conference could be scheduled for late morning or afternoon as he lives in Berkshire County.

    Please call me if any further information is necessary.

Sincerely,

Bruce E. Thompson

BET:djm
Theodore F. Glockner, Esquire (via fax and regular mail)

8 North Main Street • Suite 204 • Attleboro Massachusetts 02703   •   Phone (508) 222-2332 • Fax (508) 226-3632