IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID HARDT | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. 04 CV10012 NG |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S
## L.R. 7.3 CORPORATE DISCLOSURE STATEMENT

Defendant Hartford Life and Accident Insurance Company ("HLAIC"), pursuant

to Rule 7.3 of the United States District Court for the District of Massachusetts, hereby

makes the following disclosures: 1) that the parent corporation of HLAIC is Hartford

Life, Inc.; and 2) that no publicly held corporation owns 10%, or more, of HLAIC's

stock.

Respectfully Submitted, the Defendant
Hartford Life And Accident Insurance
Company, Inc., By:

David B. Crevier, Esq.
BBO # 557242
Theodore F. Glockner, Esq.
BB0 # 629469
CREVIER & RYAN, LLP.
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel: (413) 787-2400
Facsimile: (413) 781-8235

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing by mailing the same via first class mail, postage pre-paid on all counsel of record.  Said service having taken place this 23rd day of April, 2004.

Theodore F. Glockner