IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HARDT )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>HARTFORD LIFE AND ACCIDENT )<br>INSURANCE COMPANY )<br>)<br>Defendant )<br>) | CIVIL ACTION NO. 04-CV-10012 NG |

### NOTICE OF APPEARANCE OF THEODORE F. GLOCKNER, ESQ. ON BEHALF OF THE DEFENDANT

To the Clerk:

Please enter my appearance as Co Counsel on behalf of the Defendant

Hartford Life and Accident Insurance Company ("Hartford").

                                        Respectfully Submitted,
                                        Defendant Hartford Life
                                        and Accident Insurance Company
                                        By its Attorneys:

                                        CREVIER & RYAN, LLP.

                                        Theodore F Glockner
                                        BBO #629469
                                        1500 Main Street, Suite 2020
                                        Springfield, MA 01115-5532
                                        Tel.   (413) 787-2400
                                        Fax   (413) 781-8235

## CERTIFCATE OF SERVICE

    I hereby certify that I served a true copy of the foregoing to Plaintiff's Counsel Bruce Thompson by mailing the same via first class mail, postage pre paid, said service having taken place this _27_ day of April, 2004.

                                                                   _____
                                                                     Theodore F. Glockner