# CREVIER & RYAN, LLP

ATTORNEYS AT LAW

TOWER SQUARE
1500 MAIN STREET, SUITE 2020
SPRINGFIELD, MASSACHUSETTS 01115-5747

TELEPHONE (413) 787-2400

FAX (413) 781-8235

David B. Crevier*
Michael P. Ryan
Timothy J. Ryan
Theodore F. Glockner†

*Also admitted in NY
† Also admitted in DC

April 23, 2004

Civil Clerk's Office
For District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    Hardt v. Hartford Life and Accident Insurance Company
       U.S.D.C. Civ. Action No. 04-10012-NG

Dear Sir /Madam:

As you may are aware, this firm represents Defendant Hartford Life and Accident Insurance Company ("Hartford") in the above entitled matter currently assigned to Magistrate Judge Bowler. On March 24, 2004, I received the enclosed scheduling order incorporating dates and events which the parties jointly proposed to the Court during the scheduling conference on that date. Unfortunately, it appears as though the Court omitted one of the dates proposed by the parties.

Specifically, the parties proposed that the Defendants serve any written expert reports pursuant to Fed. R. Civ. P. 26(A)(2) by November 5, 2004. This information appears in the Joint Statement Regarding Pre-Trial Matters submitted by the parties at the scheduling conference. At this point I ask that the Court modify the scheduling order to include this event. I have consulted with Plaintiff's Counsel, who is in agreement with this proposed modification.

Lastly, for immediate filing, I have enclosed: 1) an appearance for myself as Co Counsel for Hartford; and, 2) Hartford's L.R. 7.3 Corporate Disclosure Statement. Please include me on all future ECF notices, my e-mail address is: tglockner@crevierandryan.com. Thank you for your time and attention to these matters.

Sincerely,

Theodore F. Glockner

Page 2
April 23, 2004

Enc. as stated
cc:   Jeffery Apuzzo, Esq., w/enc.
      Bruce Thompson, Esq., w/enc.

F:\Files\Hartford\Hardt\Ct 4 26 03.doc