**From:** &lt;ECFnotice@mad.uscourts.gov&gt;
**To:** &lt;CourtCopy@mad.uscourts.gov&gt;
**Date:** 3/24/04 3:07PM
**Subject:** Activity in Case 1:04-cv-10012-NG Hardt v. Hartford Life And Accident Insurance Company "Status Conference"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Saccoccio, Dianalynn entered on 3/24/2004 at 2:51 PM EST and filed on 3/24/2004

Case Name: Hardt v. Hartford Life And Accident Insurance Company
Case Number: 1:04-cv-10012 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?90084

Document Number:
Copy the URL address on the line below into the location bar of your Web browser to view the document:

Docket Text:
electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler : Status Conference held on 3/24/2004. Bruce E. Thompson for the plaintiff;Theodore Glockner for the defts.; Parties agree on a schedule for filings and discovery; court adopts schedule;Amendments and supplements to pleadings due by April 23, 2004; Automatic disclosure due by April 9, 2004; Written discovery due by July 23, 2004; Fact depositions due by September 30, 2004; Plaintiff's trial experts designation due by September 30, 2004; Written expert reports due by October 6, 2004; Deft.'s trial expert designation due by October 29, 2004; Expert depositions to be completed by December 15, 2004; Plaintiff summary judgment motions due by December 27, 2004; Deft.'s summary judgment and oppositions by the plaintiff due by January 28, 2005. The plaintiff shall file any opposition to deft.'s motion for summary judgment by February 4, 2004. Status conference set for October 4, 2004 at 2:30 PM.(Tape #digi!
tal.) (Saccoccio, Dianalynn)

The following document(s) are associated with this transaction:


1:04-cv-10012 Notice will be electronically mailed to:
David B. Crevier                        dcrevier@crevierandryan.com


1:04-cv-10012 Notice will not be electronically mailed to:
Bruce E. Thompson
Casey & Thompson
8 North Main Street
Attleboro, MA 02703