IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID HARDT | ) |
| Plaintiff | ) CIVIL ACTION NO. 04 CV10012 NG |
| v. | ) |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | ) |
| Defendant | ) |

## DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION TO COMPEL PLAINTIFF'S RULE 26 (a) INITIAL DISCLOSURES

NOW COMES Defendant Hartford Life and Accident Insurance Company ("Hartford") and pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure hereby moves this Court for an order: 1) compelling Plaintiff to immediately make his Rule 26 Initial Disclosures; 2) extending until August 23, 2004, the deadline for Hartford to serve any additional written discovery necessitated by Plaintiff's failure to make his disclosures; and 3) awarding sanctions against Plaintiff in the amount of $578.00, an amount equal to Hartford's attorney's fees in filing the present motion and drafting its supporting memorandum of law and affidavit. As grounds for this motion, Hartford refers the Court to Hartford's Memorandum of Law In Support of Its Motion To Compel Plaintiff's Rule 26(a) Initial Disclosures.

1

THE DEFENDANT
HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY,
By its Attorneys:

_/s/ Theodore F._____
Theodore F. Glockner, BBO #629469
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel. (413) 787-2400

## CERTIFICATE OF COMPLIANCE WITH RULE 37(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE, L.R. 7.1(A)(3) AND L.R. 37.1

I hereby certify that prior to filing the present motion I attempted to confer in good faith with Plaintiff's Counsel by leaving a telephone message on June 22, 2004, as stated above stating that I would file a motion to compel Plaintiff's Initial Disclosures. On June 23, 2004, I sent a facsimile and letter requesting a discovery conference pursuant to L.R. 37.1 and stating that I would file a Motion to Compel Plaintiff's Initial Disclosures if no response was received by June 30, 2004. No response to that request has been received as of July 1, 2004..

_/s/ Theodore F._____
Theodore F. Glockner, Esq.

## CERTIFICATE OF SERVICE

I, Theodore F. Glockner, Esq., attorney for the Defendant, do hereby certify that on June 24, 2004, I served a copy of the foregoing document on the parties hereto by mailing a copy, First Class Mail, postage prepaid, to Plaintiff's Counsel.

_/s/ Theodore F._____
Theodore F. Glockner