IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

DAVID HARDT

    Plaintiff

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

    Defendant
_____

CIVIL ACTION NO. 04 CV10012 NG

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Now come the parties, and hereby jointly move the Court to modify the Court's Scheduling Order of March 24, 2004 ("Scheduling Order") so that the parties may pursue mediation, and without having to take additional discovery that may not ultimately be necessary. To that end, the parties propose that the Scheduling Order be modified as follows with respect to the remaining discovery items, disclosures, and dispositive motion filings:

1. All fact depositions shall be completed on or before November 30, 2004;

2. Plaintiff shall designate all trial experts, and shall serve all written expert reports required by Fed. R. 26 (a)(2) by December 6, 2004;

3. Defendant shall designate all trial experts and shall serve all written expert reports required by Fed. R. 26 (a)(2) by January 14, 2005;

4. All expert depositions shall be completed by February 15, 2005;

5.  Plaintiff shall file any Motion for Summary Judgment on or before March 15, 2005;

6.  Defendant shall file any Motion for Summary Judgment on or before April 4, 2005, and Defendant shall file any Opposition to any Motion for Summary Judgment filed by Plaintiff by April 4, 2005;

7.  Plaintiff shall file any Opposition to any Motion for Summary Judgment filed by Defendant by April 18, 2005.

        The Defendant Hartford Life And
        Accident Insurance Company
        By its Attorneys:

        /s/Theodore F. Glockner
        Theodore F. Glockner, BBO #629469
        Crevier & Ryan, LLP
        1500 Main Street, Suite 2020
        Springfield, MA 01115-5532
        Tel. (413) 787-2400

        The Plaintiff, David Hardt
        By his Attorney:

        Casey & Thompson, P.C.

        /s/Bruce Thompson
        Bruce Thompson, BBO #496580
        8 North Main Street
        Attleboro, MA. 02703
        Tel. (508) 222-2332