IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID HARDT | ) |
| Plaintiff | ) CIVIL ACTION NO. 04  CV10012 NG |
|  | ) |
| v. | ) |
|  | ) |
| HARTFORD LIFE AND ACCIDENT | ) |
| INSURANCE COMPANY | ) |
|  | ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby

voluntarily stipulate to the dismissal of the above-captioned action, in its entirety, with

prejudice, each party to bear its own costs, with all rights of appeal waived.

The Defendant
Hartford Life  And
Accident Insurance Company,
By its Attorneys:

CREVIER & RYAN, LLP.

David B. Crevier, BBO #557242
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel. (413) 787-2400

The Plaintiff, David Hardt
By His Attorneys:

CASEY & THOMPSON, P.C.

Bruce Thompson, BBO #496580
8 North Main Street
Attleboro, MA 02703
Tel. No. (508) 222-2332

F:\Files\Hartford\Hardt\stip dismissal.doc